UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS L. WILLIAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06-CV-916 AGF |
| ) | |
| JAMES GAMMON, ) | |
| ) | |
| Respondent. ) | |

### ORDER OF TRANSFER
### PURSUANT TO 28 U.S.C. § 2241(d)

**IT IS HEREBY ORDERED** that the instant petition is **TRANSFERRED** to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 2241(d).

Dated this 26th day of June, 2006.

_____
**UNITED STATES MAGISTRATE JUDGE**